# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN - 6 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ DEPUTY CLERK

UNITED STATES OF AMERICA )
 )
v. ) CR NO: 2:13-cr-00114-MCE
 )
CARLOS MAGANA-COLIN )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **CARLOS MAGANA-COLIN**

Detained at (custodian): **Sierra Conservation Center**

Detainee is: a.) ☐ charged in this district by:
☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: **Being a Deported Alien Found in the United States**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6/6/13
Date _____    _____ United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Isido Urena, aka Isido Urena-Soto | Male ☒ | Female ☐ |
| Booking or CDC #: | AK0066 | DOB: | |
| Facility Address: | 5100 O'Byrnes Ferry Road | Race: | |
| | Jamestown, CA 93210 | FBI #: | 940736DA2 |
| Facility Phone: | 209-984-5291 | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)

Form Crim-48    Revised 11/19/97