# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
v. ) CR NO: 2:13-cr-00114-MCE
)
**CARLOS MAGANA-COLIN**

### APPLICATION FOR WRIT OF HABEAS CORPUS

**FILED**
**NOV 1 2013**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee:    **CARLOS MAGANA-COLIN**

Detained at (custodian):   NORTH FORK CORRECTIONAL FACILITY

Detainee is:   a.) x charged in this district by:
☒ Indictment    ☐ Information    ☐ Complaint
Charging Detainee With: **Being a Deported Alien Found in the United States**

or   b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or     b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Nirav Desai
Printed Name & Phone No: **NIRAV DESAI/916-554-2716**
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 11/1/13                          _____
                                       United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | Isido Urena, aka Isido Urena-Soto | Male ☒ | Female ☐ |
| Booking or CDC #: | AK0066 | DOB: | 1/22/67 |
| Facility Address: | 1605 East Main | Race: | |
| | Sayre, OK 73662 | FBI #: | 940736DA2 |
| Facility Phone: | 580-928-8200 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____                          _____
                                                           (Signature)

Form Crim-48                                              Revised 11/19/97