CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Carlos Magaña-Colin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CARLOS MAGAÑA-COLIN,<br><br>  Defendant. | Case No. 2:13-cr-00114 MCE<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>Date:  February 6, 2014<br>Time:  9:00 a.m.<br>Court: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Nirav Desai, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for CARLOS MAGAÑA-COLIN, that the status conference currently scheduled for February 6, 2014, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on March 13, 2014, at 9:00 a.m.  Defense counsel requires additional time to conduct investigation, legal research, and confer with Mr. Magaña-Colin.

IT IS FURTHER STIPULATED that 1) denial of the defendant's request for additional time would deny defense counsel reasonable time to prepare, taking into account the exercise of due diligence, 2) time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and 3) the ends of justice served in granting the continuance and allowing the defendant

further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:     February 4, 2014         /S/     Nirav Desai_____
                                    NIRAV DESAI
                                    Attorney for Plaintiff

                                    /S/     Clemente M. Jiménez_____
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for Carlos Magaña-Colin

**ORDER**

The status conference in the above-entitled matter, scheduled for February 6, 2014, at 9:00 a.m., is hereby vacated and the matter continued to March 13, 2014, at 9:00 a.m. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

IT IS SO ORDERED.

Dated: February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

13cr114.so.0204.AJ.doc
02/04/14

2