UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>CARLOS MAGANA-COLIN,<br><br>Movant. | No.  2:13-cr-0114 MCE KJN P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant asserts that he is entitled to federal habeas relief under Johnson v. United States, 135 S. Ct. 2551 (2015).[1]  In accordance with General Order No. 563, this case is referred to the Federal Public Defender's Office for review.

Accordingly, IT IS HEREBY ORDERED that:

1. This case is referred to the Federal Public Defender's Office for review in accordance with General Order No. 563.  The Clerk of the Court shall serve a copy of this order on Mia Crager, Assistant Federal Defender.

////

---

[1] Movant appears to believe that this motion is a second or successive motion under 28 U.S.C. § 2255; however, the court's record does not reflect the filing of a previous § 2255 motion in this case.

1

2. Within forty-five days of service of this order, the Federal Public Defender's Office shall notify the court whether it will be assuming representation of movant. In the event that the Federal Public Defender's Office would assume representation but for a conflict, such conflict should be brought to the court's attention.

Dated: November 18, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/maga0114.ref.fd